

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Bennie Jones,

Vs. No. 11-21-00011-CV

Cecil Salazar,

\* From the 35th District Court
of Brown County,
Trial Court No. CV1701025.

\* April 8, 2021

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Bennie Jones's motion to dismiss his appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Bennie Jones.